**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| **MOHAMED A. EL RAFAEI,** ) | Case #20-12583-KHK |
| ) | (Chapter 7) |
| Debtor. ) | |
| ) | |
| ) | |
| **H. JASON GOLD, TRUSTEE,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Adv. Pro. 22-1089-KHK |
| ) | |
| **ANIS RHANIME,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Steven B. Ramsdell and Tyler, Bartl & Ramsdell, P.L.C. ("Counsel") hereby move to withdraw as counsel for the Defendant Anis Rhanime (the "Defendant"), upon the following grounds:

The Defendant discharged Counsel as his attorney in this proceeding on January 17, 2023, effective immediately, and will obtain a new attorney to represent him.

WHEREFORE, Counsel request that this Court grant this Motion, authorize Counsel's withdrawal in this case, and grant such other and further relief as this Court deems just and appropriate.

ANIS RHANIME
By counsel


 /s/Steven B. Ramsdell
Steven B. Ramsdell, VA Bar #33222
Tyler, Bartl, & Ramsdell, P.L.C.
300 N. Washington St., Suite 310
Alexandria, VA 22314
(703) 549-5003


## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Motion, together with the attached proposed Order, was served on all parties registered to receive service through the Court's ECF system and by regular first-class mail, postage prepaid, and e-mail, on this 20th day of January, 2023 to the following:

Anis Rhanime
8221 Westwood Mews Ct.
Vienna, VA 22182

                                               /s/Steven B. Ramsdell
                                              Steven B. Ramsdell